**FILED**

MAR 1 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SAUL QUINTERO, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) | No. CR 4-11-70243-MAG (DMR) <br><br> DETENTION ORDER |

I. DETENTION ORDER

Defendant Saul Quintero is charged in a criminal complaint with illegal reentry into the United States following deportation in violation of 8 U.S.C. § 1326. On March 11, 2011, the United States moved for Mr. Quintero's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant did not request a full bail study at this time. Pretrial Services did, however, prepare a criminal record report. At the March 16, 2011 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present

DETENTION ORDER
CR 4-11-70243 MAG (DMR)                   1
cc: Copy to parties of record via ECF, Pretrial Services, 2 Certified copies
                                                        to U.S. Marshal

information by proffer or otherwise), but he retained his right to raise any additional relevant information at a later hearing. The Court notes that Defendant is subject to an immigration detainer issued by Immigration and Customs Enforcement ("ICE").

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Quintero as a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Quintero as a serious flight risk. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Mr. Quintero shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: March 16, 2011

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 4-11-70243 MAG (DMR)                   2